Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

MANUEL VALDIVIA

Debtor

Chapter: 13

Case No. 2:20-bk-13637-EPB

**CERTIFICATE OF SERVICE AND NO OBJECTION RE APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

Tom McAvity, counsel for the above-captioned Debtor "Counsel"), hereby certifies under penalty of perjury that:

1. The Debtor's Chapter 13 Plan and Application for Payment of Administrative Expense ("Plan") requesting, *inter alia*, the Court's approval of Counsel's fees in the amount of $4,500.00 and the remaining balance of $4450 to be paid through the Plan, was filed by Counsel on behalf of the Debtor on 12/29/17.

2. Pursuant to the Court's 12/24/2021, notice for the Plan, the last date to file objections to the Application was no later than April 15, 2021.

3. No objection(s) to the Application have been received by Counsel nor does the case docket reflect any objection(s) being filed to the Application.

Date: 7/5/2021

Respectfully,
/s/ Tom McAvity
Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 7/5/2021 the foregoing was served on the following via electronic filing notice.

United States Trustee
*Via ECF*

Russell Brown, Trustee
*Via ECF*

                                              Phoenix Fresh Start Bankruptcy
                                              _/s/ Tom McAvity_____
                                              Tom McAvity
                                              Attorney for Debtor