United States Bankruptcy Court
District of Arizona

In re:  Case No. 20-13637-EPB
MANUEL VALDIVIA  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2  User: admin  Page 1 of 2
Date Rcvd: Jul 12, 2021  Form ID: notthrg  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | MANUEL VALDIVIA, 4722 E BELL RD, APT 2051, PHOENIX, AZ 85032-2333 |
| 16316731 | + | CMRE Financial Services, 3075 East Imperial Highway, Suite 200, Brea CA 92821-6753 |
| 16316732 | + | Collections Usa Inc, Attn: Bankruptcy, Po Box 10070, Glrndale AZ 85318-0070 |
| 16361185 | + | Division of Child Support Services, c/o Office of the Attorney General, 2005 N Central Avenue, Phoenix, Arizona 85004-1592 |
| 16316733 | + | Edc/sierra Ranch Apart, 4722 E Bell Rd, Phoenix AZ 85032-2314 |
| 16316734 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City TN 37615-9053 |
| 16371044 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 16403936 | + | Selene Garcia, 1216 e vista del cerro dr apt 1106, 1216 e vista del cerro dr apt 1106, tempe, AZ 85281-7122 |
| 16361186 | + | Selene Marie Garcia, 1216 E Vista Del Cerro Dr, Apt 1106, Tempe AZ 85281-7122 |
| 16316736 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron OH 44309-1799 |
| 16316737 | + | Title Max of AZ, 5902 W Camelback Rd, Glendale AZ 85301-7337 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16318507 | + | Email/Text: bankruptcynotices@azdor.gov | Jul 12 2021 22:43:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16316735 | + | Email/Text: bankruptcy@pmscollects.com | Jul 12 2021 22:44:00 | Progressive Management Systems, Attn: Bankruptcy Department, 1521 W Cameron Ave., First Floor, West Covina CA 91790-2738 |
| 16396500 | + | Email/Text: BankruptcyNotices@titlemax.com | Jul 12 2021 22:44:00 | TitleMax of Arizona, Inc., 15 Bull Street, Suite 200, Savannah, GA 31401-2686 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SELENE GARCIA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| Rachel Elizabeth Flinn | on behalf of Trustee RUSSELL BROWN rflinn@ch13bk.com  dsmith@ch13bk.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor MANUEL VALDIVIA documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

FORM notthrg

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:20−bk−13637−EPB

MANUEL VALDIVIA  Chapter: 13
4722 E BELL RD, APT 2051
PHOENIX, AZ 85032
SSAN: xxx−xx−3041
EIN:

Debtor(s)

## NOTICE OF TELEPHONIC HEARING

A hearing in the above−captioned case will be held on **8/10/21** at **10:00 AM** before the **Honorable Eddward P. Ballinger Jr..** Any interested party is to appear by telephone. Interested parties are to call **877−810−9415** to appear for the hearing. The access code is **1064631**. The **Honorable Eddward P. Ballinger Jr.** will consider and/or act upon the following matter(s) at the hearing:

DEBTOR'S COUNSEL REQUEST FOR ADMINISTRATIVE EXPENSE

Date: July 12, 2021

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  George Prentice
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov