SO ORDERED.

Dated: August 18, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

MANUEL VALDIVIA

Debtor

Chapter: 13

Case No. 2:20-bk-13637-EPB

**ORDER GRANTING APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE AS AMENDED BY THE COURT**

THIS MATTER having come before the Court on the Debtor's Counsel's July 5, 2021. Application for Payment of Administrative Expenses per the Debtor's December 24, 2020, Chapter 13 Plan and Application for Payment of Administrative Expense, and the Court having considered the following:

1) Debtor and Counsel Thomas McAvity ("Counsel") originally agreed to a flat fee of $4,500.00 for representation of the Debtor in his/her administrative Chapter 13 case;

2) Counsel has received a total of $50 thus far from the Debtor of the $4,500.00 originally-agreed total fee for the Debtor's administrative Chapter 13 case;

3) Counsel's agreed-upon flat total fee of $4,500.00 for Counsel's representation in the Debtor's administrative Chapter 13 case is not in excess of the $4,500.00 flat fee customarily awarded on said date for similar Chapter 13 representation in the District of Arizona; and good cause appearing

IT IS HEREBY ORDERED approving the Application for Counsel's representation in Debtor's Chapter 13 case in the total amount of $4,500.00.

//

IT IS FURTHER ORDERED the Chapter 13 Trustee shall pay Counsel balance of his administrative expense for the Chapter 13 case, $4450, or a lesser amount as may be available, provided such payment does not prejudice other administrative claims of the Debtor's Chapter 13 estate**, and is not applicable to wages held by the Trustee upon the dismissal of this case or its conversion to Chapter 7.** SIGNED AND DATED ABOVE

Page 2 of 2